Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 23, 2003












Petition for
Writ of Mandamus Denied and Memorandum Opinion filed December 23, 2003.

 

 

In The

 

Fourteenth Court
of Appeals

____________

 

NO. 14-03-01316-CV

____________

 

IN RE PEARLAND CONVALESCENT CENTER, INC., Relator

 

 

______________________________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

______________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On November 21, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex. Gov’t. Code
Ann. § 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In the petition, relator asserts the trial
court abused its discretion in denying its motion to dismiss for failure to
provide adequate expert reports pursuant to article 4590i, section 13.01, the
Medical Liability and Insurance Improvement Act.[1]








            Relator has not established the
trial court abused its discretion. 
Moreover, there is an adequate remedy at law.  We deny relator’s petition for writ of
mandamus. 

                                                                        PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed December 23, 2003.

Panel
consists of Chief Justice Hedges and Justices Anderson and Seymore.

 











            [1]   Tex.
Rev. Civ. Stat. Ann. Art. 4590i, § 13.01 (repealed by Act eff.
Sept. 1, 2003, 78th Leg.
R.S., ch. 204, § 10.09, 2003 Tex. Sess. Law Serv. 884).  Actions filed before the effective date of the
new law are governed by the law in effect immediately before the change in law
made.  See Act eff. Sept. 1, 2003, 78th Leg. R.S., ch. 204, § 23.02, 2003 Tex. Sess. Law Serv. 899.